**Susan MEGAWATI, Petitioner,**

v.

**Loretta E. LYNCH, Attorney General, Respondent.**

**No. 14–70774.**

United States Court of Appeals, Ninth Circuit.

Submitted March 15, 2016.*

Filed March 21, 2016.

David M. Haghighi, Law Offices of David M. Haghighi, APC, Los Angeles, CA, for Petitioner.

Matthew Albert Connelly, Trial, Oil, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: GOODWIN, LEAVY, and CHRISTEN, Circuit Judges.

MEMORANDUM **

Susan Megawati, a native and citizen of Indonesia, petitions for review of the Board of Immigration Appeals' ("BIA") order denying her motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

discretion the denial of a motion to reopen, *Najmabadi v. Holder*, 597 F.3d 983, 986 (9th Cir.2010), and we deny the petition for review.

The BIA did not abuse its discretion in denying Megawati's motion to reopen, where she filed it more than two years after the final order of removal, *see* 8 C.F.R. § 1003.2(c)(2), and she failed to establish materially changed circumstances in Indonesia to qualify for the regulatory exception to the time limitations for motions to reopen, *see* 8 C.F.R. § 1003.2(c)(3)(ii); *see also Najmabadi*, 597 F.3d at 988–89 (evidence of changed circumstances must be qualitatively different from what could have been presented at prior hearing).

**PETITION FOR REVIEW DENIED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Freitas's motion to waive oral argument and submit on the briefs is, therefore, granted. Freitas's unop-

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.